SIGAL CHALLAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Denice Clippinger,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America ex rel United States Postal Service, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-00091-MMD-CLB<br><br>**Order Granting Stipulation to Extend Time to Answer**<br><br>**(First Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Kathleen Denice Clippinger, and the United States of America, through undersigned counsel, hereby stipulate and agree as follows:

　　　　Plaintiff filed his Complaint for Declaratory and Injunctive Relief on February 14, 2025. ECF No. 1.

　　　　Plaintiff personally served the United States with a copy of the Summons and Complaint on February 24, 2025.

　　　　The current deadline for the United States to respond to Plaintiff's Complaint is April 25, 2025.

　　　　On April 21, 2025, undersigned counsel for Plaintiff and the United States agreed to a 30-day extension of time for the United States to review the record and continue gathering information from agency counsel. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 30-day extension from April 25, 2025, to **May 27, 2025**, for the United States to file an answer or otherwise respond to the Complaint. This is the United States's first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 21st day of April 2025.

**Richard Harris Law Firm**

/s/
JOSHUA R. DAHAH, ESQ.
Nevada Bar No. 16516
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
6900 S. McCarran Boulevard, #1010
Reno, Nevada 89509
JDahan@richardharrislaw.com

*Attorneys for the Plaintiff*

SIGAL CHALLAH
United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 21, 2025

2